IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

UNITED STATES OF AMERICA,

    Plaintiff,

05 AUG 31 PM 3: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

v.                                        Cr. No. 05-20274-M

BENJAMIN LOGAN,

    Defendant.

## ORDER ON ARRAIGNMENT

This cause came to be heard on __08-31-05__. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is retained/appointed:

NAME: __JAMES CURRY FOR LESLIE BALLIN__
ADDRESS: _____

TELEPHONE: _____

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

__✓__ The defendant, who is not in custody, may stand on his/her present bond.

____ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

                                                        S. Thomas Anderson
                                                        United States Magistrate Judge

Charges:    motor vehicle theft

Assistant U.S. Attorney assigned to case: Murphy

The defendant's age is: __24__.

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on __9-6-05__

11

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CR-20274 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Joseph C. Murphy
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT